

# Fourth Court of Appeals
## San Antonio, Texas

January 15, 2015

No. 04-14-00152-CV

**LIGHTNING OIL COMPANY,**
Appellant

v.

**ANADARKO E&P ONSHORE, LLC**
f/k/a Anadarko E&P Company, LP,
Appellee

From the 365th Judicial District Court, Dimmit County, Texas
Trial Court No. 14-01-12171-DCVAJA
Honorable Amado J. Abascal, III, Judge Presiding

**O R D E R**

Sitting:     Sandee Bryan Marion, Chief Justice
             Karen Angelini, Justice
             Rebeca C. Martinez, Justice

The Court has considered Appellant Lightning Oil Company's Motion for Rehearing, and the motion is DENIED.

It is so **ORDERED** on January 15th, 2015.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 15th day of January, 2015.

_____
Keith E. Hottle
Clerk of Court